| | |
|---|---|
| 1 | James F. Basile (SBN 228965) |
|   | james.basile@kirkland.com |
| 2 | Elizabeth L. Deeley (SBN 230798) |
|   | elizabeth.deeley@kirkland.com |
| 3 | KIRKLAND & ELLIS LLP |
|   | 555 California Street |
| 4 | San Francisco, California  94104 |
|   | Telephone: (415) 439-1400 |
| 5 | Facsimile: (415) 439-1500 |
| 6 | Attorneys for Defendants |
|   | FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. |
| 7 | EBERSMAN, DAVID M. SPILLANE, MARC L. |
|   | ANDREESSEN, ERSKINE B. BOWLES, JAMES W. |
| 8 | BREYER, DONALD E. GRAHAM, REED HASTINGS |
|   | and PETER A. THIEL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER STOKES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BARCLAYS CAPITAL INC., ALLEN & COMPANY LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, BLAYLOCK ROBERT VAN LLC, BMO CAPITAL MARKETS CORP., C.L. KING & ASSOCIATES, INC., CABRERA CAPITAL MARKETS, LLC, CASTLEOAK SECURITIES, L.P., COWEN AND COMPANY, LLC., E*TRADE SECURITIES LLC, ITAÚ BBA USA SECURITIES, INC., LAZARD CAPITAL MARKETS LLC, LEBENTHAL & CO., LLC, LOOP CAPITAL MARKETS LLC, M.R. BEAL & COMPANY, MACQUARIE CAPITAL (USA) INC., MURIEL SIEBERT & CO., INC., | CASE NO. 12-CV-3203 (MMC)<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION REGARDING SCHEDULING  AND ORDER THEREON**<br><br>DATE:   August 3, 2012<br>TIME:    9:00 a.m.<br>JUDGE: The Hon. Maxine M. Chesney<br>CTRM:  7, 19th Floor |

1  OPPENHEIMER & CO. INC., PACIFIC CREST
   SECURITIES LLC, PIPER JAFFRAY & CO.,
2  RAYMOND JAMES & ASSOCIATES, INC.,
   SAMUEL A. RAMIREZ & COMPANY, INC.,
3  STIFEL, NICOLAUS & COMPANY,
   INCORPORATED, THE WILLIAMS CAPITAL
4  GROUP, L.P., and WILLIAM BLAIR &
   COMPANY, L.L.C.,
5
            Defendants.
6

        WHEREAS, on June 20, 2012, certain defendants removed the following actions from the Superior Court for the State of California for the County of San Mateo to the United States District Court for the Northern District of California (the "Removed Actions"):[1]

> *Lapin v. Facebook, Inc., et al.,* Case No. 12-cv-3195-MMC, San Mateo County Superior Court, No. CIV-514240;
>
> *DeMois v. Facebook, Inc., et al.*, Case No. 12-cv-3196-MMC, San Mateo County Superior Court, No. CIV514163;
>
> *Lazar v. Facebook, Inc., et al.,* Case No. 12-cv-3199-MMC, San Mateo County Superior Court, No. CIV 514065;
>
> *Shierry v. Facebook, Inc., et al.,* Case No. 12-cv-3200-MMC, San Mateo County Superior Court, No. CIV-514172;
>
> *Cuker v. Facebook, Inc., et al.,* Case No. 12-cv-3201-MMC, San Mateo County Superior Court No. CIV 514238;
>
> *Lieber v. Facebook, Inc., et al.,* Case No. 12-cv-3202-MMC, San Mateo County Superior Court No. CIV-514193; and
>
> *Stokes v. Facebook, Inc., et al.,* Case No. 12-cv-3203-MMC, San Mateo County Superior Court, No. CIV514107;

        WHEREAS, prior to the removal to the United States District Court for the Northern District of California, the Removed Actions were consolidated by order of the Honorable Beth L. Freeman, Presiding Judge of the Superior Court of the State of California for the County of San Mateo and co-

---

[1] Two other actions that were removed, *Pilgram v. Facebook, Inc., et al.,* Case No. 12-cv-3197-MMC, San Mateo County Superior Court, No. CIV-514111 and *Alfonso v. Facebook, Inc., et al.,* Case No. 12-cv-3198-MMC, San Mateo County Superior Court, No. CIV-514171, have since been voluntarily dismissed and marked closed on this Court's docket.  Accordingly, the parties are not including these actions in the stipulation.

1  lead counsel for the Removed Actions were appointed by Order of the Honorable Marie S. Weiner,
2  Complex Civil Litigation Judge of the Superior Court of the State of California for the County of
3  San Mateo;
4      WHEREAS, on June 21, 2012 and June 22, 2012, plaintiffs filed motions to remand each of
5  the Removed Actions to the Superior Court for the State of California for the County of San Mateo;
6      WHEREAS, on June 21, 2012, motions to stay each of the Removed Actions were filed on
7  behalf of defendants;
8      WHEREAS, on June 29, 2012, the Removed Actions were deemed related to actions pending
9  before this Court and were subsequently transferred to this Court;
10     WHEREAS, pursuant to the order reassigning each of the Removed Actions to this Court, all
11 hearing dates on outstanding motions were vacated and the parties were ordered to re-notice said
12 hearings;
13     WHEREAS, the Court's ECF filing system was inoperable and the parties were unable to re-
14 notice these hearings by electronic filings on Thursday, June 28, 2012 or Friday, June 29, 2012;
15     WHEREAS, the re-notice of the motions to stay on behalf of defendants were physically
16 filed on June 29, 2012 and were accepted by the Court;
17     WHEREAS, plaintiffs' counsel, after contacting the Clerk's office when the ECF filing
18 system was inoperable and being advised that a physically refiled motion would be rejected because
19 these actions are designated for electronic filing only, and, therefore, plaintiffs physically filed their
20 re-noticed motions to remand on the next business day, Monday, July 2, 2012;
21     WHEREAS, the parties hereto agree that in the interest of judicial economy, plaintiffs'
22 motions to remand the Removed Actions and motions on behalf of defendants to stay the Removed
23 Actions should be briefed and heard on the same schedule; and
24     WHEREAS, the parties hereto wish to have the motions to stay and the motions to remand
25 the Removed Actions heard on the same date, that date being August 10, 2012.
26     NOW THEREFORE THE PARTIES STIPULATE AND AGREE that:
27     All briefing in response to either the motions to remand the Removed Actions or the Motions
28 to Stay the Removed Actions should be served on the parties and filed with the Court no later than

STIPULATION REGARDING SCHEDULING     2     CASE NO. 12-CV-3203 (MMC)

1  July 10, 2012; plaintiffs shall file a single brief and defendants shall collectively file a single brief;

2  All reply briefs in support of the motions to remand the Removed Actions or the motions to
3  stay the Removed Actions should be served on the parties and filed with the Court no later than July
4  18, 2012; plaintiffs shall file a single brief and defendants shall collectively file a single brief; and

5  In each of the Removed Actions, the parties will file amended notices of the motions to
6  remand and amended notices of the motions to stay setting August 10, 2012 at 9:00 A.M. as the
7  hearing date for said motions.

8  Dated July 3, 2012    **KIRKLAND & ELLIS LLP**

           */s/ James F. Basile*
           JAMES F. BASILE

           James F. Basile
           Elizabeth L. Deeley
           555 California Street, 27th Floor
           San Francisco, CA  94104
           Telephone:  (415) 439-1471
           Facsimile:  (415) 439-1371

           **KIRKLAND & ELLIS LLP**
           Andrew B. Clubok
           Brant W. Bishop
           601 Lexington Ave.
           New York , NY 10022
           Telephone:  (212) 446-4800
           Facsimile:  (212) 446-4900

           and

           **WILLKIE FARR & GALLAGHER LLP**
           Richard D. Bernstein
           Tariq Mundiya
           Todd G. Cosenza
           787 Seventh Avenue
           New York, N.Y. 10019-6099, U.S.A.
           Telephone: (212) 728-8000
           Facsimile: (212) 728-8111

           *Attorneys for Defendants Facebook, Inc., Mark
           Zuckerberg, David A. Ebersman, David M.
           Spillane, Marc L. Andreessen, Erskine B.
           Bowles, James W. Breyer, Donald E. Graham,
           Reed Hastings, Peter A. Thiel*

| | | |
|---|---|---|
| 1 | Dated July 3, 2012 | **BARRACK, RODOS & BACINE** |
| 2 | | |
| 3 | | _/s/ Samuel M. Ward_ |
| | | SAMUEL M. WARD |
| 4 | | |
| 5 | | STEPHEN R. BASSER |
| | | SAMUEL M. WARD |
| 6 | | One America Plaza |
| | | 600 West Broadway, Suite 900 |
| 7 | | San Diego, CA  92101 |
| | | Phone: (619) 230-0800 |
| 8 | | Fax:  (619) 230-1874 |
| | | Email: sbasser@barrack.com |
| 9 | | sward@barrack.com |
| 10 | | |
| | | and |
| 11 | | |
| | | **BARRACK RODOS & BACINE** |
| 12 | | DANIEL E. BACINE |
| | | MARK R. ROSEN |
| 13 | | BETH T. SELTZER |
| 14 | | 3300 Two Commerce Square |
| | | 2001 Market Street |
| 15 | | Philadelphia, PA 19103 |
| | | Phone: (215) 963-0600 |
| 16 | | Fax: (215) 963-0838 |
| | | Email: dbacine@barrack.com |
| 17 | | mrosen@barrack.com |
| | | bseltzer@barrack.com |
| 18 | | |
| 19 | | **GLANCY BINKOW & GOLDBERG LLP** |
| | | Lionel Z. Glancy |
| 20 | | Michael Goldberg |
| | | Robert V. Prongay |
| 21 | | Casey E. Sadler |
| 22 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, CA 90067 |
| 23 | | Tel: (310) 201-9150 |
| | | Fax: (310) 201-9160 |
| 24 | | Email: info@glancylaw.com |
| 25 | | |
| | | _Co- Lead Counsel in the San Mateo County Supreme_ |
| 26 | | _Court Actions and Counsel for Plaintiffs Darryl Lazar,_ |
| | | _Vernon R. DeMois, Jr., Edward J. Shierry, Karen_ |
| 27 | | _Cuker, Brian Gralnick and Harvey Lapin_ |
| 28 | | |

**STRAUSS TROY CO., LPA**
Richard S. Wayne
Joseph J. Braun
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 45202-4018
Tel: (513) 621-2120
Fax: (513) 629-9426

*Counsel for Plaintiff Vernon R. DeMois, Jr.,*

**AHDOOT & WOLFSON, P.C.**
Robert Ahdoot
Tina Wolfson
Theodore Maya
Bradley King
10850 Wilshire Boulevard, Suite 370
Los Angeles, CA 90024
Tel: 310-474-9111
Fax: 310-474-8585

*Counsel for Plaintiff Jennifer Stokes*

**INITIATIVE LEGAL GROUP APC**
Jordan L. Lurie
Raul Perez
Andrew Sokolowski
Sue Kim
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556 - 5637
Facsimile: (310) 861 -9051

and

Jack Zwick
100 Church Street, Suite 850
New York, N.Y. 10007
Telephone: (212) 385 - 1900
Facsimile: (212) 385 - 1911

*Counsel for Plaintiff Michael Lieber*

Dated July 3, 2012

**DAVIS POLK & WARDWELL LLP**

*/s/ Neal A. Potischman*
NEAL A. POTISCHMAN

Neal A. Potischman
Samantha H. Knox
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh
Charles S. Duggan
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, and Goldman, Sachs & Co., for themselves and on behalf of the underwriter defendants*

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: July 6, 2012

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE