1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JENNIFER STOKES, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Case No.: 3:12-cv-03203-MMC |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | ) ) | |
| FACEBOOK, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

James P. Rouhandeh, whose business address and telephone number is

James P. Rouhandeh
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000

and who is an active member in good standing of the bar of the United States District Court for the Southern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Goldman, Sachs & Co.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Barclays Capital Inc.; Allen & Company LLC; Citigroup Global Markets Inc.; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; RBC

1

1  Capital Markets LLC; Blaylock Robert Van LLC; BMO Capital Markets Corp.; C.L. King &
2  Associates, Inc.; Cabrera Capital Markets, LLC; CastleOak Securities, L.P.; Cowen and Company,
3  LLC; E*TRADE Securities LLC; Itau BBA USA Securities, Inc.; Lazard Capital Markets LLC;
4  Lebenthal & Co., LLC; Loop Capital Markets LLC; M.R. Beal & Company; Macquarie Capital
5  (USA) Inc.; Muriel Siebert & Co., Inc; Oppenheimer & Co. Inc.; Pacific Crest Securities LLC;
6  Piper Jaffray & Co.; Raymond James & Associates, Inc.; Samuel A. Ramirez & Company, Inc.;
7  Stifel, Nicolaus & Company, Incorporated; The Williams Capital Group, L.P.; and William Blair &
8  Company, LLC.

9    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
10 conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
11 *vice*.  Service of papers upon and communication with co-counsel designated in the application will
12 constitute notice to the party.  All future filings in this action are subject to the requirements
13 contained in General Order No. 45, *Electronic Case Filing*.

15 Dated:  July 16, 2012

17 The Honorable Maxine M. Chesney
   United States District Judge

28                                    2